# Exhibit 1

An Infringing Product Listing

