**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Yixun Technology Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-CV-5615 <br><br> Hon. Manish S. Shah <br><br> Hon. Mag. Beth W. Jantz |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby moves to dismiss with prejudice all causes of action in the complaint against the following defendants identified in Schedule A to the Complaint. Each party shall bear its own attorneys' fees and costs.

| Line No. on Schedule A to the Complaint | Defendants |
|---|---|
| 122 | AFYMY |
| 33 | FANPL Tech |
| 71 | Green Science and Technology Empire |
| 39 | HINOVO - US |
| 187 | Iesooy |
| 30 | JWzhang |
| 31 | JWzhang |
| 32 | JWzhang |

| | |
|---|---|
| 47 | JWzhang |
| 141 | JWzhang |
| 142 | JWzhang |
| 143 | JWzhang |
| 144 | JWzhang |
| 145 | JWzhang |
| 183 | JWzhang |
| 34 | PoetofMayuan |
| 3 | TechKen |
| 18 | Lampelc |
| 42 | Jiazhe Direct |
| 67 | TechKen |
| 76 | TechKen |
| 82 | Jiazhe Direct |
| 97 | TechKen |
| 128 | TechKen |
| 129 | TechKen |
| 130 | TechKen |
| 100 | Amaz247 |
| 195 | Sonicgrace |

The Defendants listed in the tables above have not appeared, filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, Plaintiff submits that dismissal under Rule 41(a)(1) is appropriate.

SHENZHEN YIXUN TECHNOLOGY CO., LTD.,

Date: August 1, 2024

By: /s/ Depeng Bi
An attorney for plaintiff

Attorneys for Plaintiff

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200

2

Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 364-5825

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Depeng Bi
Depeng Bi

THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825
E-Mail: ksherinian@sherinianlaw.net
