# Exhibit 1

List of Defaulting Defendants

| Shenzhen Yixun Technology Co., Ltd. v. THE PARTNERSHIPS and UNINCORPORATE ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" Case No. 24-cv-5615 | | |
|---|---|---|
| List of Defaulting Defendants | | |
| Def. No. | Seller ID | Store Name (Schedule A) |
| 1 | Dismissed | Dismissed |
| 2 | Dismissed | Dismissed |
| 3 | Dismissed | Dismissed |
| 4 | Dismissed | Dismissed |
| 5 | Dismissed | Dismissed |
| 6 | Dismissed | Dismissed |
| 7 | Dismissed | Dismissed |
| 8 | Dismissed | Dismissed |
| 9 | Dismissed | Dismissed |
| 10 | Dismissed | Dismissed |
| 11 | A2R6K2N7YEYEQ9 | Gorliskl |
| 12 | Dismissed | Dismissed |
| 13 | A3AX6NWSN0TGVE | SINWEVR US |
| 14 | Dismissed | Dismissed |
| 15 | Dismissed | Dismissed |
| 16 | Dismissed | Dismissed |
| 17 | Dismissed | Dismissed |
| 18 | Dismissed | Dismissed |
| 19 | A39X7EL9ZSZ0I2 | HAMOPY |
| 20 | Dismissed | Dismissed |
| 21 | Dismissed | Dismissed |
| 22 | Dismissed | Dismissed |
| 23 | Dismissed | Dismissed |
| 24 | AAJI3BVHETPWV | APOSU |
| 25 | AREW3A08DL09J | YeFungHe |
| 26 | Dismissed | Dismissed |
| 27 | Dismissed | Dismissed |
| 28 | Dismissed | Dismissed |
| 29 | AOYF5S52VACST | Earrock |
| 30 | Dismissed | Dismissed |
| 31 | Dismissed | Dismissed |
| 32 | Dismissed | Dismissed |
| 33 | Dismissed | Dismissed |
| 34 | Dismissed | Dismissed |
| 35 | Dismissed | Dismissed |
| 36 | Dismissed | Dismissed |
| 37 | Dismissed | Dismissed |
| 38 | A3RCGUEH99V0M | VR Cover |
| 39 | Dismissed | Dismissed |
| 40 | A2B6BXVX2021VM | QYCHHJ |
| 41 | Dismissed | Dismissed |

| | | |
|---|---|---|
| 42 | Dismissed | Dismissed |
| 43 | A1TDQN91LANIL9 | SDCM-US |
| 44 | ADMNMY6LYTC6B | YRXVW |
| 45 | Dismissed | Dismissed |
| 46 | AWMCR4VEEC8LV | Acase mall |
| 47 | Dismissed | Dismissed |
| 48 | Dismissed | Dismissed |
| 49 | Dismissed | Dismissed |
| 50 | AZY4IA9HSHH2F | WYHK |
| 51 | A73H86R7IE9HL | SXWKY US |
| 52 | Dismissed | Dismissed |
| 53 | Dismissed | Dismissed |
| 54 | Dismissed | Dismissed |
| 55 | Dismissed | Dismissed |
| 56 | Dismissed | Dismissed |
| 57 | Dismissed | Dismissed |
| 58 | Dismissed | Dismissed |
| 59 | Dismissed | Dismissed |
| 60 | Dismissed | Dismissed |
| 61 | Dismissed | Dismissed |
| 62 | Dismissed | Dismissed |
| 63 | Dismissed | Dismissed |
| 64 | Dismissed | Dismissed |
| 65 | Dismissed | Dismissed |
| 66 | Dismissed | Dismissed |
| 67 | Dismissed | Dismissed |
| 68 | Dismissed | Dismissed |
| 69 | Dismissed | Dismissed |
| 70 | AX0KK0AC8VTDO | KALAUTO US |
| 71 | Dismissed | Dismissed |
| 72 | Dismissed | Dismissed |
| 73 | AWEKUJKYRTO5I | Wenzhou Manyue Electronic Commerce Co., Ltd. |
| 74 | AREW3A08DL09J | YeFungHe |
| 75 | A1A3L6OBKIANZR | HCHRVR |
| 76 | Dismissed | Dismissed |
| 77 | AREW3A08DL09J | YeFungHe |
| 78 | A1K7WWKGMOGVU8 | Wonderdb |
| 79 | Dismissed | Dismissed |
| 80 | A2T7B3G0DUG1D2 | Asseveration |
| 81 | Dismissed | Dismissed |
| 82 | Dismissed | Dismissed |
| 83 | Dismissed | Dismissed |
| 84 | Dismissed | Dismissed |
| 85 | Dismissed | Dismissed |
| 86 | Dismissed | Dismissed |
| 87 | ADMNMY6LYTC6B | YRXVW |
| 88 | Dismissed | Dismissed |

| 89  | A5BUGMEIP5O7B   | liykuai               |
|-----|-----------------|-----------------------|
| 90  | A32OQAUVAQA6PQ  | FUDASI                |
| 91  | A1TDQN91LANIL9  | SDCM-US               |
| 92  | Dismissed       | Dismissed             |
| 93  | Dismissed       | Dismissed             |
| 94  | A3VNCIIB84EBR6  | STAR ANGEL TEC        |
| 95  | A5BUGMEIP5O7B   | liykuai               |
| 96  | ARLJL2CICFCU6   | imluckies Direct      |
| 97  | Dismissed       | Dismissed             |
| 98  | A15OCSQ1MGPCHG  | Omni-in XR Smart Device |
| 99  | Dismissed       | Dismissed             |
| 100 | Dismissed       | Dismissed             |
| 101 | A1NI2Z6I29P3R3  | Btkige                |
| 102 | Dismissed       | Dismissed             |
| 103 | Dismissed       | Dismissed             |
| 104 | Dismissed       | Dismissed             |
| 105 | Dismissed       | Dismissed             |
| 106 | A1A3L6OBKIANZR  | HCHRVR                |
| 107 | Dismissed       | Dismissed             |
| 108 | Dismissed       | Dismissed             |
| 109 | A32OQAUVAQA6PQ  | FUDASI                |
| 110 | Dismissed       | Dismissed             |
| 111 | Dismissed       | Dismissed             |
| 112 | A2T0L2XG78BJAM  | weilaishuzi           |
| 113 | A1A3L6OBKIANZR  | HCHRVR                |
| 114 | Dismissed       | Dismissed             |
| 115 | A30X2XXBN6C0HI  | Xiangyixiang Technology |
| 116 | Dismissed       | Dismissed             |
| 117 | Dismissed       | Dismissed             |
| 118 | A30X2XXBN6C0HI  | Xiangyixiang Technology |
| 119 | Dismissed       | Dismissed             |
| 120 | Dismissed       | Dismissed             |
| 121 | Dismissed       | Dismissed             |
| 122 | Dismissed       | Dismissed             |
| 123 | Dismissed       | Dismissed             |
| 124 | AWMCR4VEEC8LV   | Acase mall            |
| 125 | Dismissed       | Dismissed             |
| 126 | A2H5BYF2OR2A2J  | thetree               |
| 127 | REMOVED         | REMOVED               |
| 128 | Dismissed       | Dismissed             |
| 129 | Dismissed       | Dismissed             |
| 130 | Dismissed       | Dismissed             |
| 131 | Dismissed       | Dismissed             |
| 132 | Dismissed       | Dismissed             |
| 133 | Dismissed       | Dismissed             |
| 134 | Dismissed       | Dismissed             |
| 135 | Dismissed       | Dismissed             |

| | | |
|---|---|---|
| 136 | Dismissed | Dismissed |
| 137 | Dismissed | Dismissed |
| 138 | Dismissed | Dismissed |
| 139 | Dismissed | Dismissed |
| 140 | Dismissed | Dismissed |
| 141 | Dismissed | Dismissed |
| 142 | Dismissed | Dismissed |
| 143 | Dismissed | Dismissed |
| 144 | Dismissed | Dismissed |
| 145 | Dismissed | Dismissed |
| 146 | Dismissed | Dismissed |
| 147 | Dismissed | Dismissed |
| 148 | Dismissed | Dismissed |
| 149 | A3RCGUEH99V0M | VR Cover |
| 150 | A3RCGUEH99V0M | VR Cover |
| 151 | A3RCGUEH99V0M | VR Cover |
| 152 | A3RCGUEH99V0M | VR Cover |
| 153 | A3RCGUEH99V0M | VR Cover |
| 154 | Dismissed | Dismissed |
| 155 | Dismissed | Dismissed |
| 156 | Dismissed | Dismissed |
| 157 | A1TDQN91LANIL9 | SDCM-US |
| 158 | A73H86R7IE9HL | SXWKY US |
| 159 | Dismissed | Dismissed |
| 160 | Dismissed | Dismissed |
| 161 | Dismissed | Dismissed |
| 162 | Dismissed | Dismissed |
| 163 | A1TDQN91LANIL9 | SDCM-US |
| 164 | A3VNCIIB84EBR6 | STAR ANGEL TEC |
| 165 | A3VNCIIB84EBR6 | STAR ANGEL TEC |
| 166 | A1A3L6OBKIANZR | HCHRVR |
| 167 | AWMCR4VEEC8LV | Acase mall |
| 168 | Dismissed | Dismissed |
| 169 | A2786QPDAN48VC | Changsha Yuepei Technology Co., Ltd. |
| 170 | Dismissed | Dismissed |
| 171 | Dismissed | Dismissed |
| 172 | Dismissed | Dismissed |
| 173 | Dismissed | Dismissed |
| 174 | A3CEJ7CT8DEWF5 | the GetD Store |
| 175 | Dismissed | Dismissed |
| 176 | ANSHH6N3FGSW | bochengwenhuachuangbo |
| 177 | A2T0L2XG78BJAM | weilaishuzi |
| 178 | Dismissed | Dismissed |
| 179 | Dismissed | Dismissed |
| 180 | Dismissed | Dismissed |
| 181 | A1T8P0CI15SS92 | TATACO |
| 182 | Dismissed | Dismissed |

| | | |
|---|---|---|
| 183 | Dismissed | Dismissed |
| 184 | Dismissed | Dismissed |
| 185 | Dismissed | Dismissed |
| 186 | A31AOQ6X0KV0F6 | yunheyue |
| 187 | Dismissed | Dismissed |
| 188 | Dismissed | Dismissed |
| 189 | Dismissed | Dismissed |
| 190 | Dismissed | Dismissed |
| 191 | Dismissed | Dismissed |
| 192 | Dismissed | Dismissed |
| 193 | Dismissed | Dismissed |
| 194 | Dismissed | Dismissed |
| 195 | Dismissed | Dismissed |