IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Yixun Technology Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-CV-5615 <br><br> Hon. Manish S. Shah <br><br> Hon. Mag. Beth W. Jantz |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 28, 2024 at 9:45 AM or as soon thereafter as counsel may be heard, Plaintiff Shenzhen Yixun Technology Co., Ltd. ("Yixun") will appear by and through its attorneys before the Honorable Manish S. Shah in Room 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there will present the earlier filed **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS IDENTIFIED IN THE LIST OF DEFAULTING DEFENDANTS.**

Dated: <u>August 14, 2024</u>          By     <u>/s/ Konrad Sherinian      </u>

1

                                        An Attorney for Plaintiff

<u>Attorneys for Plaintiff:</u>

Konrad Sherinian
Depeng (Edward) Bi
The Law Offices of Konrad Sherinian, LLC
1755 Park Street
Suite #200
Naperville, IL 60563
Phone: (630) 318-2606
Fax: (630) 364-5825
Email: ksherinian@sherinianlaw.net
Email: ebi@sherinianlaw.net
Email: courts@sherinianlaw.net